UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| **KENNY BONDS #292089,**<br>Plaintiff | **CIVIL DOCKET NO. 1:20-CV-00293-P** |
| **VERSUS** | **JUDGE DAVID C. JOSEPH** |
| **W. S. SANDY MCCAIN ET AL,**<br>Defendants | **MAGISTRATE JUDGE JOSEPH H.L. PEREZ-MONTES** |

## J U D G M E N T

For the reasons stated in the REPORT AND RECOMMENDATION of the Magistrate Judge previously filed herein [ECF No. 26], noting the absence of objection thereto and Plaintiff's Response acknowledging that he is not entitled to a Temporary Restraining Order or Preliminary Injunction at this time [ECF No. 28], and concurring with the Magistrate Judge's findings under the applicable law;

IT IS HEREBY ORDERED that Plaintiff's Motion for Temporary Restraining Order or Preliminary Injunction [ECF No. 17] is DENIED.[1]

THUS, DONE AND SIGNED in Chambers on this 1st day of April 2021.

_____
DAVID C. JOSEPH
UNITED STATES DISTRICT JUDGE

---

[1] Plaintiff's Motion [ECF No. 17] also contained a vague request to amend the Complaint, which has been denied. *See* ECF No. 21.