UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| **KENNY BONDS #292089,**<br>Plaintiff | **CIVIL DOCKET NO. 1:20-CV-00293-P** |
| **VERSUS** | **JUDGE DAVID C. JOSEPH** |
| **W. S. SANDY MCCAIN ET AL,**<br>Defendants | **MAGISTRATE JUDGE JOSEPH H.L.<br>PEREZ-MONTES** |

**J U D G M E N T**

For the reasons stated in the REPORT AND RECOMMENDATION of the Magistrate Judge previously filed herein [ECF No. 22], and after a *de novo* review of the record, including the Plaintiff's Memorandum in Opposition [ECF No. 17], the Defendant's Reply [ECF No. 18], and the Plaintiff's Objection to the Magistrate's Report and Recommendation [ECF No. 27], having determined that the Magistrate Judge's findings and recommendations are correct under the applicable law;

IT IS HEREBY ORDERED that Defendants' Motion to Dismiss [ECF No. 11] is GRANTED IN PART as to Bonds' claim for monetary damages against Defendants, Longino and Bordelon, in their official capacities, and is DISMISSED WITH PREJUDICE.

IT IS FURTHER ORDERED that Defendants' Motion to Dismiss [ECF No. 11] is DENIED IN PART as to Bonds' claims against Longino and Bordelon: (i) in their official capacities for injunctive relief, and (ii) in their personal capacities for monetary damages and injunctive relief.

THUS, DONE AND SIGNED in Chambers on this 9th day of April 2021.

_____
DAVID C. JOSEPH
UNITED STATES DISTRICT JUDGE