UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| **KENNY BONDS #292089,**<br>Plaintiff | **CIVIL DOCKET NO. 1:20-CV-00293-P** |
| **VERSUS** | **JUDGE DAVID C. JOSEPH** |
| **W.S. SANDY MCCAIN ET AL,**<br>Defendants | **MAGISTRATE JUDGE JOSEPH H.L.<br>PEREZ-MONTES** |

## J U D G M E N T

For the reasons stated in the Report and Recommendation [Doc. 42] of the Magistrate Judge previously filed herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

IT IS HEREBY ORDERED that Defendants' Motion to Dismiss [Doc. 35] is GRANTED and Plaintiff's action is DENIED and DISMISSED WITH PREJUDICE.

THUS, DONE AND SIGNED in Chambers on this 9th day of March 2022.

_____
DAVID C. JOSEPH
UNITED STATES DISTRICT JUDGE